UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL L. CROMWELL, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) ) ) ) | **JUDGMENT** <br><br> No. 7:13-CV-186-FL |
| CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 7, 2015, and for the reasons set forth more specifically within the memorandum and recommendation, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on January 7, 2015, and Copies To:**

Elizabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

January 7, 2015                              JULIE A. RICHARDS, CLERK
                                             /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk